IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESUS TOLEDO,

    Petitioner,                           CASE NO. 2:09-cv-614
                                                   JUDGE FROST
v.                                           MAGISTRATE JUDGE KEMP

ED BANKS, Warden,

    Respondent.

## OPINION AND ORDER

On June 25, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed without prejudice as unexhausted. Doc. No. 25. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

                                                          /s/ Gregory L. Frost
                                                     GREGORY L. FROST
                                                     United States District Judge